PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:22-CR-00173-JSW [KAW] |
| Plaintiff, | DETENTION ORDER |
| v. | |
| WILLIE LEFITI, | |
| Defendant. | |

On February 28, 2023, Defendant Willie Lefiti was sentenced to 20 months custody and 3 years supervised release for being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

On April 28, 2025, U.S. Probation filed a Third Amended Form 12 petition charging the defendant with violating the terms of his Supervised Release. *See* Dkt. No. 96. The Form 12 charges the defendant with allegedly committing a carjacking, firearm possession, assaulting a peace officer and an inmate, and failing to follow orders of his probation officer.

On May 12, 2025, the defendant appeared before the Magistrate Judge for an arraignment on the

aforementioned Form 12 petition. The Government moved for detention. On May 19, 2025, a detention hearing was held.

The defendant bears the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to the community if released pending his revocation hearing. *United States v. Loya,* 25 F.3d 1529, 1531 (9th Cir. 1994). Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant has not met his burden given the nature of the alleged supervised release charges.

Accordingly, the Court orders the defendant detained pending the resolution of the Form 12 petition.

Pursuant to 18 U.S.C. § 3143, IT IS ORDERED THAT:

1. The defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

This Order is without prejudice to reconsideration at a later date if circumstances change.

IT IS SO ORDERED.

DATED: May 21, 2025

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge